RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jose Daniel Castillo-Antonio,

      Plaintiff,

Vs.

Sasan Nikfarjam dba The Handy Liquor Store, and Does 1 to 50 inclusive,

      Defendants.

Case Number _____ C-12-5426-DMR __

STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER

Plaintiff Jose Daniel Castillo-Antonio and Defendant Sasan Nikfarjam dba The Handy Liquor Store, by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2. Accordingly, the Parties jointly request that the Court dismiss this action with prejudice.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Jose Daniel Castillo-Antonio

Gordon and Rees, LLP – By: Marcie S. Isom /s/ Marcia S. Isom

Attorney for Defendant Sasan Nikfarjam dba The Handy Liquor Store

STIPULATION AND ORDER OF DISMISSAL – 12-5426

-1-

ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Confidential Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action Jose Daniel Castillo-Antonio v. Sasan Nikfarjam dba The Handy Liquor Store, Case No. C-12-5426-DMR, is dismissed with prejudice with each party to bear his or her own attorney's fees and costs.

Date: Jan. 7, 2013

_____
Donna M. Ryu
United States Magistrate Judge

STIPULATION AND ORDER OF DISMISSAL – 12-5426

-2-